1  DANIEL J. BRODERICK, Bar #89424
   Acting Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  801 "I" Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Petitioner
   JERRY MICHAEL SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY MICHAEL SMITH, ) | |
| ) | No. CIV S-06-1762 LKK GGH |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| THE PEOPLE OF THE STATE OF ) | |
| CALIFORNIA, et al., ) | |
| ) | |
| Respondents. ) | |

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that Jennifer M. Sheetz shall be substituted in as counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

Dated: 8/29/06

/s/ Gregory G. Hollows
_____

GREGORY G. HOLLOWS
United States Magistrate Judge

smit1762.po