IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY MICHAEL SMITH,

    Petitioner,　　　　　　　　　　No. CIV S-06-1762 LKK GGH P

    vs.

THE PEOPLE OF THE STATE OF
CALIFORNIA, , et al.,[1]

    Respondents.　　　　　　　　　　ORDER

_____/

    A joint scheduling statement in this matter was filed on September 18, 2006, pursuant to the court's order filed August 17, 2006.  After reviewing the joint statement, the court issues the following ORDERS:

    1.  Should petitioner elect to proceed on an amended petition of exhausted claims only, the amended petition must be filed within 60 days along with any memorandum of points and authorities; if such an amended petition is filed and served, respondent must file an answer

---

[1] "A petitioner for habeas corpus relief must name the state officer having custody of him or her as the respondent to the petition.  This person typically is the warden of the facility in which the petitioner is incarcerated. Brittingham v. United States, 982 F.2d 378, 379 (9th Cir.1992)." Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994) (citing Rule 2(a), 28 U.S.C. foll. § 2254).  Failure to name the petitioner's custodian as a respondent deprives federal courts of personal jurisdiction. Id.; Dunne v. Henman, 875 F.2d 244, 249 (9th Cir.1989).  In the instant action, petitioner has named the People of the State of California as respondents.  These individuals are not the proper respondents in this action.  Petitioner is cautioned in future filings to name the proper respondent.

or dispositive motion within 30 days thereafter; petitioner must file any reply or opposition, as appropriate, within 30 days of service of respondent's responsive pleading; if respondent filed a motion, respondent will have 15 days after service of an opposition to file a reply.

2. Should petitioner identify unexhausted claims which petitioner will seek to exhaust, petitioner shall file an amended petition, within 60 days, setting forth all claims, exhausted and unexhausted, and shall demonstrate good cause for having failed to exhaust state court remedies as to any claim which petitioner would seek to exhaust. Petitioner shall move the court to hold the proceedings in abeyance pending exhaustion of state court remedies as to the unexhausted claims, within 60 days; if a stay is ultimately granted, petitioner must immediately pursue state court exhaustion, that is, within 30 days of the granting of a stay, and, upon said exhaustion in state court, within 30 days, proceed upon the amended petition in federal court.

3. Should respondent object to any motion for a stay of proceedings by petitioner to pursue unexhausted claims, respondent must file any opposition to such a motion within 30 days of service thereof; thereafter, petitioner has 15 days to file any reply.

4. If petitioner intends to make a motion for leave to conduct discovery under the Rules Governing Section 2254 Cases, Rule 6(a), petitioner must do so within 60 days; if respondent opposes any such motion respondent must do so within 30 days thereafter; petitioner's reply, if any, must be filed within 15 days of any opposition by respondent.

5. If petitioner chooses to move for an evidentiary hearing, petitioner must do so at the earliest appropriate opportunity; should petitioner file a motion for an evidentiary hearing, as respondent anticipates opposing any such motion, respondent must file any opposition within 30 days of service of the motion, and petitioner must file any reply within 15 days of service of any opposition.

DATED: 9/22/06                                      /s/ Gregory G. Hollows

                                                             ──────────────────────────────
                                                             GREGORY G. HOLLOWS
                                                             UNITED STATES MAGISTRATE JUDGE

GGH:009/smit1762.pst

2