1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| JERRY MICHAEL SMITH,<br><br>Petitioner,<br><br>vs.<br><br>RICHARD KIRKLAND, et. al,<br><br>Warden, Respondents. | CIV S-06-1762 LKK GGH P<br><br>[PROPOSED] ORDER GRANTING FIRST EXTENSION OF TIME |

GOOD CAUSE APPEARING, it is ordered that Petitioner shall have to and include December 21, 2006 to serve his amended petition.

Dated: Nov. 27, 2006

GREGORY G. HOLLOWS
_____
HONORABLE GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order