IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY MICHAEL SMITH,

    Petitioner,                    No. CIV S-06-1762 LKK GGH P

    vs.

THE PEOPLE OF THE STATE OF CALIFORNIA, et al.,

    Respondent.                <u>ORDER</u>

                                 /

        Respondent's counsel seeks an extension of time to file a response to petitioner's first amended petition. Although a proposed order was filed in .pdf format in the court's electronic filing system, the undersigned has not received a proposed order in wordprocessing format via email from counsel, pursuant to E. D. Local Rule 5-137(b). The court will not consider a request that is not in compliance with the local rules.

        IT IS SO ORDERED.

DATED: 1/23/07                              /s/ Gregory G. Hollows

                                               GREGORY G. HOLLOWS
                                               UNITED STATES MAGISTRATE JUDGE

GGH:009
smit1762.lcr