IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JERRY MICHAEL SMITH,** | CIV S-06-1762 LKK GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **THE PEOPLE OF THE STATE OF CALIFORNIA, et al.,** | |
| Respondents. | |

    Good cause appearing, IT IS HEREBY ORDERED THAT Respondent's response to Petitioner's First Amended Petition for Writ of Habeas Corpus be filed on or before March 6, 2007.

Dated: 1/25/07                                       /s/ Gregory G. Hollows
                                                                       The Honorable Gregory G. Hollows

smit1762.po