1

2

3

4

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JERRY MICHAEL SMITH,

11          Petitioner,                  No. CIV S-06-1762 LKK GGH P

12      vs.

13   RICHARD KIRKLAND, Warden,  et al.,

14          Respondents.[1]              ORDER

15   _____/

16          Petitioner, a state prisoner proceeding with appointed counsel, has filed an

17   application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner's counsel filed, on

18   10/30/07, a document entitled "request for leave for discovery and memorandum of points and

19   authorities," which is plainly a discovery motion, wherein it is stated that it is being brought

20   pursuant to Rule 6 of the Rules Governing Section 2254 Cases.  Recently, more than one

21   defectively noticed motion in more than one case has been filed, necessitating contact from court

22   clerk staff to inform counsel of the lack of proper notice.  (See, e.g., Medina v. Cramer, CIV S-

23   06-2534 LKK GGH P, docket entry # 28, filed on 10/23/07, followed, only after counsel had

24   _____

25          [1] Petitioner's counsel has named what appears to be a proper respondent in place of the State
     of California named as respondent by petitioner pro se.  "A petitioner for habeas corpus relief must
26   name the state officer having custody of him or her as the respondent to the petition.  This person
     typically is the warden of the facility in which the petitioner is incarcerated.  Brittingham v. United
     States, 982 F.2d 378, 379 (9th Cir.1992)."  Stanley v. California Supreme Court, 21 F.3d 359, 360
     (9th Cir. 1994) (citing Rule 2(a), 28 U.S.C. foll. § 2254).

1   been alerted by court staff, by docket entry # 29).

2          The attention of counsel for petitioner is directed to E.D. Local Rule 78-230(b),

3   which sets forth the proper procedure and requisite time line to follow when noticing a motion on

4   the court's law and motion calendar.   The undersigned is at a loss to understand why appointed

5   counsel for habeas petitioners have not routinely followed the appropriate method of noticing

6   motions for hearing where there are counsel on both sides.

7          Accordingly, IT IS ORDERED that:

8          1.  Petitioner's counsel must properly notice the discovery motion for hearing,

9   filed on 10/30/07, forthwith, and in any event, within five days; failure to do so will result in the

10  motion being vacated from the court's calendar; and

11         2.  The Clerk of the Court is directed to record the name of  Richard Kirkland,

12  Warden, in place of the State of California, as respondent in the docket of this case.

13  DATED: 11/6/07

                                        /s/ Gregory G. Hollows

14                                      _____

15                                      GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE
    GGH:009
16  smit1762.ntc

17

18

19

20

21

22

23

24

25

26