IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JERRY MICHAEL SMITH,** | CIV S-06-1762 LKK GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **THE PEOPLE OF THE STATE OF CALIFORNIA et al.,** | |
| Respondents. | |

Respondent has requested this Court reschedule the hearing on Petitioner's motion for leave to conduct discovery. Good cause appearing, IT IS HEREBY ORDERED:

1. Respondent's request to reschedule the hearing on Petitioner's motion for leave to conduct discovery is granted.

2. The hearing on Petitioner's motion for leave to conduct discovery is set for January 10, 2008, at 10 a.m.

Dated: 11/26/07                                         /s/ Gregory G. Hollows
                                                        U.S. Magistrate Judge

smit1762.po2

[Proposed] Order

1